IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VREZH PAPAZYAN, | ) | No. C 05-3543 JSW (PR) |
|       Petitioner, | ) | |
|   vs. | ) | ORDER OF DISMISSAL |
| DERRAL G. ADAMS, | ) | |
|       Respondent. | ) | |

      On September 1, 2005, Petitioner filed this pro se petition for a writ of habeas corpus (docket no. 1). On the same day that the petition was filed, the Court sent a notification to Petitioner informing him that he had neither submitted the correct application for leave to proceed in forma pauperis nor paid the filing fee (docket no. 2). The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to respond to the Court's request within thirty days. On September 26, 2005, the Court received a letter from Petitioner stating he had a attempted to pay the fee with a copy of a trust account withdrawal slip from the prison. However, he did not send proof that payment had been received by the Court.

      On April 24, 2006, the Court dismissed the petition due to certain deficiencies, but granted Petitioner thirty days in which to file an amended petition. The court notified Petitioner that failure to amend by the designated time would result in a dismissal of the case. In addition, the Court notified Petitioner that it had not received the filing fee and that Petitioner must pay the fee or provide proof of prior payment within thirty days or the

1 | case would be dismissed.

2 |     More than thirty days have passed and Petitioner has not filed an amended petition or paid the filing fee.  Nor has Petitioner contacted the Court during this time to request an extension of time to comply with the Court's order.  Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or to comply with this Court's order.

    IT IS SO ORDERED.

DATED: August 2, 2006

*Jeffrey S White*
JEFFREY S. WHITE
United States District Judge